B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**   Wilson, David Allen

Case No.   8:23-bk-10094-SC

**Debtor**

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................   $7,500.00

   Prior to the filing of this statement I have received ...................................................................   $7,500.00

   Balance Due .................................................................................................................................   $0.00

2. _$338.00_ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify)   Michelle Wilson

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

- Appearances at more than one continued 341(a) hearing, subject to hourly fees if more than two 341(a) hearings are required;
- Rule 2004 examinations, depositions, interrogatories, or other discovery proceedings;
- Defending claims that granting bankruptcy relief to Client(s) under the Bankruptcy Code would constitute "abuse" within the meaning of the Bankruptcy Code;
- Defending claims that one or more of Client(s)'s debts are non-dischargeable;
- Defending claims that Client(s) is not entitled to a discharge under the Bankruptcy Code;
- Defending matters arising from Client(s)'s failure to disclose any material fact; or
- Defending matters arising from Client(s)'s false statements made in connection with the bankruptcy petition, schedules, statement of financial affairs or any documents provided in support thereof;
- Assisting the Client(s) with routine lien avoidance proceedings, if applicable, and
- Assisting the Client(s) with reaffirmation agreements, if applicable, subject to a $300 fee for each where Law Firm provides representation in the negotiation of and/or appears at a reaffirmation hearing.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/30/2023
*Date*

/s/ Bert Briones
Bert Briones
*Signature of Attorney*

Bar Number: 237594
Red Hill Law Group
15615 Alton Parkway 210
Irvine, CA 92618
Phone: (888) 733-4455

Red Hill Law Group
*Name of law firm*