RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:23-bk-10094-SC |
| DAVID ALLEN WILSON, | Chapter 7 |
| Debtor. | TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE'S INTEREST, IF ANY, IN CERTAIN REAL PROPERTY |
| | [Pursuant to 11 U.S.C. Section 554(a) and LBR 6007-1] |

TO ALL CREDITORS AND INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of David Allen Wilson ("Debtor"), intends to abandon the Estate's interest, if any, in property of the Estate as detailed below, pursuant to 11 U.S.C. Section 554(a) and Local Bankruptcy Rule 6007-1, without further Court order.

On January 18, 2023, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same day, Richard A. Marshack was appointed as Chapter 7 Trustee. On January 23, 2023 as Dk. No. 11, Debtor filed his schedules and statements ("Schedules").

**ASSET TO BE ABANDONED**

In his Schedule A/B, Debtor listed an interest in the real property located at and commonly known as 24352 Santa Clara Ave., Dana Point, CA 92629 (the "Property").

In his Schedule C, Debtor claimed a homestead exemption in the amount of $678,378 ("Exemption"). Debtor's Schedule D reflects that the Property is encumbered by liens in excess of $10,000,000 ("Liens").

After payment of the Liens, Exemption and costs of sale, there is no equity in the Property for the benefit of the Estate or its creditors.

On March 23, 2023 as Dk. No. 34, JPMorgan Chase Bank filed a motion for relief from the automatic stay ("MFR") which was granted a the hearing held on May 3, 2023.

Further, Trustee is advised that there will be a substantial tax obligation incurred by the Estate in the event the Property is sold through the Estate.

Therefore, Trustee believes it is in the best interest of the Estate to abandon the Estate's interest, if any, in the Property.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed abandonment must be in the form as required by Local Bankruptcy Rules 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any response and request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  If no such objection or request for hearing is served and filed within the seventeen (17) day period, the Trustee will proceed with the abandonment on or after the eighteenth (18th) day after service of this Notice. If no timely objection and request for hearing is filed and served, the property is deemed abandoned without further order of the court. A copy of any response or request for hearing must be served on Richard A. Marshack at the address indicated above and served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701.  Failure to timely respond may be deemed as acceptance of the proposed abandonment.  See Local Bankruptcy Rules 6007-1and 9013-1(h).

DATED:  May 24, 2023                             Respectfully Submitted,

                By:   /s/  Richard A. Marshack
                    RICHARD A. MARSHACK
                    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt Avenue, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S NOTICE OF INTENT TO ABANDON THE ESTATE'S INTEREST, IF ANY, IN CERTAIN REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **May 24, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 24, 2023 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  continued:

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Bert Briones**    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
- **David I Brownstein**    david@brownsteinfirm.com
- **Chad L Butler**    caecf@tblaw.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Michael A Wallin**    mwallin@wallinrussell.com


2. **SERVED BY UNITED STATES MAIL**:   continued:

| **DEBTOR**<br>DAVID ALLEN WILSON<br>24352 SANTA CLARA AVE<br>DANA POINT, CA 92629-3016 | **CREDITOR**<br>AMERICAN EXPRESS<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329-7871 | **CREDITOR / POC ADDRESS**<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
|---|---|---|
| **CREDITOR**<br>AMERICAN GENERAL CORPORATION<br>34941 CALLE DEL SOL<br>CAPISTRANO BEACH, CA 92624-1651 | **CREDITOR**<br>BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON, DE 19899-8803 | **CREDITOR**<br>BEATA E WILSON<br>34921 CALLE DEL SOL<br>CAPO BEACH, CA 92624-1649 |
| **CREDITOR**<br>BEATA E WILSON<br>24352 SANTA CLARA AVENUE<br>DANA POINT, CA 92629-3016 | **CREDITOR**<br>BRIDGE CAPITAL<br>6P7F+946, MICRO BEACH RD,<br>SAIPAN SAIPAN96950 | **CREDITOR**<br>CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 |
| **CREDITOR / POC ADDRESS**<br>CAPITAL ONE N.A.<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | **CREDITOR**<br>EDD<br>371 W 3RD ST<br>SAN BERNARDINO, CA 92401-1801 | **CREDITOR**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY, PIT MS A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| **CREDITOR**<br>GIREI SHUZAWA<br>C/O KINGSWOOD LAW, PC<br>1800 E LAMBERT RD STE 215<br>BREA, CA 92821-4370 | **CREDITOR**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR**<br>JING WANG, ESQ.<br>1800 E LAMBERT RD STE 215<br>BREA, CA 92821-4370 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*

**CREDITOR**
JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

**CREDITOR**
LEU OKUDA & DOI
222 MERCHANT ST
HONOLULU, HI 96813-2922

**CREDITOR**
MACYS/CITIBANK, N.A.
PO BOX 8218
MASON, OH 45040-8218

**CREDITOR**
QING WANG
DAMON KEY LEONG KUPCHAK
HASTERT
1003 BISHOP ST STE 1600
HONOLULU, HI 96813-6452

**CREDITOR**
RICHARD LARA
4804 HAMPTON RD
LA CANADA FLT, CA 91011-2610

**CREDITOR**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
700 W CIVIC CENTER DR
SANTA ANA, CA 92701-4045

**CREDITOR**
THE HINDS LAW GROUP, APC
2390 CRENSHAW BLVD.
SUITE 240
TORRANCE, CA 90501-3300

**CREDITOR**
THOMAS MCKNEW
C/O WALLIN & RUSSELL LLP
26000 TOWNE CENTRE DRIVE
SUITE 130
FOOTHILL RANCH, CA 92610-3444

**CREDITOR**
VICINO LIMITED PARTNERSHIP
C/O LAW OFFICE OF DAVID
BROWNSTEIN
PO BOX 16474
IRVINE, CA 92623-6474

**CREDITOR**
VICINO LIMITED PARTNERSHIP
15350 SHERMAN WAY STE 210
VAN NUYS, CA 91406-7400

**CREDITOR**
VOLVO AUTO LEASING CO.
PO BOX 91300
MOBILE, AL 36691-1300

**CREDITOR**
ZHIHUI GAO
C/O DAMON KEY LEONG KUPCHAK
HASTERT
1003 BISHOP ST STE 1600
HONOLULU, HI 96813-6452

**CREDITOR**
ZHIYU LIAO
C/O KINGSWOOD LAW, PC
1800 E LAMBERT RD STE 215
BREA, CA 92821-4370

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012