RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

FILED & ENTERED

JUN 20 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID ALLEN WILSON,<br><br>Debtor. | Case No. 8:23-bk-10094-SC<br><br>Chapter 7<br><br>ORDER ABANDONING THE ESTATE'S INTEREST, IF ANY, IN CERTAIN REAL PROPERTY |

The Court has read and considered the Trustee's Notice of Intent to Abandon the Estate's Interest, if any, in Certain Real Property, filed on May 24, 2023 as Docket No. 55. The Court finds, based upon the Declaration that No Party Requested a Hearing filed on June 18, 2023, as Docket No. 59, that no opposition was received. Accordingly, the Court finds good cause to enter its order as follows:

IT IS ORDERED: The Estate's interest in the Property[1] is abandoned and the Property is no longer an asset of the Estate.

###

Date: June 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Any capitalized terms not defined in this order shall have the meaning given to them in the Motion.

1