Leonard M. Shulman – Bar No. 126349
Melissa Davis Lowe – Bar No. 245521
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    LShulman@shulmanbastian.com;
    MLowe@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

JUN 29 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**DAVID ALLEN WILSON**<br>**aka David Alan Wilson**<br>**dba David Wilson Consultant,**<br>    Debtor. | Case No. 8:23-bk-10094-SC<br>Chapter 7<br>**ORDER APPROVING SECOND STIPULATION TO EXTEND THE DEADLINE FOR THE CHAPTER 7 TRUSTEE AND OFFICE OF THE UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE**<br>[No Hearing Required] |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6668-000/97 Stip Extend Discharge Deadline 002 Order.docx

The Court having read and reviewed the Second Stipulation to Extend the Deadline for the Chapter 7 Trustee and Office of the United States Trustee to Object to Debtor's Discharge ("Stipulation") filed on June 29, 2023 as docket number 63, finding no objection thereto and good cause having been shown,

**IT IS ORDERED** that the Stipulation is approved and the deadline for the Chapter 7 Trustee and/or the Office of the United States Trustee to file a timely complaint under 11 U.S.C. Section 727 is extended from June 30, 2023 up to and including August 31, 2023.

###

Date: June 29, 2023

Scott C. Clarkson
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6668-000/97 Stip Extend Discharge Deadline 002 Order.docx

2