| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>Melissa Davis Lowe – Bar No. 245521<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: LShulman@shulmanbastian.com<br>　　　　MLowe@shulmanbastian.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* **Richard A. Marshack, Chapter 7 Trustee** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>**DAVID ALLEN WILSON**<br>**aka David Alan Wilson**<br>**dba David Wilson Consultant,**<br><br><br><br>　　　　　　　　　　　　　　　Debtor(s). | CASE NO.: **8:23-bk-10094-SC**<br>CHAPTER: **7** |
|---|---|
| | **NOTICE OF OPPORTUNITY TO**<br>**REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s)  **Richard A. Marshack, solely in his capacity as the Chapter 7 truste for the bankruptcy estate**　,
    filed a motion or application (Motion) entitled  **Chapter 7 Trustee's Application to Employ Wallin & Russell LLP**
     **as Special Litigation Counsel**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　.

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒  The full Motion is attached to this notice; or

    ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  <u>**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**</u>  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

(1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:  **09/25/2023**

**/s/ Melissa Davis Lowe**
Signature of Movant or attorney for Movant

**Melissa Davis Lowe**
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1  Leonard M. Shulman – Bar No. 126349
   Melissa Davis Lowe – Bar No. 245521
2  **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:     (949) 340-3400
4  Facsimile:     (949) 340-3000
   Email:          LShulman@shulmanbastian.com;
5                  MLowe@shulmanbastian.com

6  Attorneys for Richard A. Marshack,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10

11 | In re                          | Case No.  8:23-bk-10094-SC
12 | **DAVID ALLEN WILSON**         | Chapter 7
   | aka David Alan Wilson
13 | dba David Wilson Consultant,   | **CHAPTER 7 TRUSTEE'S APPLICATION
   |                                | TO EMPLOY WALLIN & RUSSELL LLP
14 | Debtor.                        | AS SPECIAL LITIGATION COUNSEL;
   |                                | DECLARATION OF MICHAEL WALLIN
15 |                                | IN SUPPORT**

16 |                                | [No Hearing Set Pursuant to Local Bankruptcy
   |                                | Rule 2014-1(b)]
17

18 **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

19 **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND ALL**

20 **INTERESTED PARTIES**:

21        Richard A. Marshack ("Trustee"), solely in his capacity as the duly appointed, qualified and

22 acting Chapter 7 trustee for the bankruptcy estate ("Estate") of David Allen Wilson aka David Alan

23 Wilson dba David Wilson Consultant ("Debtor"), brings this application ("Application") for an

24 order authorizing the employment of Wallin & Russell LLP ("Special Counsel") as special counsel

25 in this bankruptcy case to investigate and prosecute the Claims (defined below).  In support of the

26 Application, the Trustee respectfully represents as follows:

27 ///

28 ///

SHULMAN  BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6668-000 Employ App Special Counsel TC Wilson

# I.     <u>NEED FOR LEGAL COUNSEL</u>

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on January 18, 2023 ("Petition Date"). Richard A. Marshack is the duly appointed, qualified and acting Chapter 7 Trustee for the Estate.

The deadline to file claims in this case was June 13, 2023. The Court's Claims Register reflects six (6) general unsecured claims have been filed totaling $13,795,767.36.

Based on the Trustee's initial investigation into this case and the initial meeting of creditors, he anticipates that after the liquidation of the available assets, there may be a meaningful distribution to unsecured creditors. However, in order to accomplish this, the Trustee has determined that there is a need to retain special counsel in this case to advise the Trustee on matters affecting the recovery and liquidation of potential assets. Specifically, the Trustee believes that the Estate may have claims and causes of actions arising under 11 U.S.C. §§ 542, 543, 544, 545, 546, 547, 548, 549 and 550 against American General Corporation (the "Company") and/or Michelle Wilson, the Debtor's daughter, and/or Beata Wilson, the Debtor's wife, and/or Turhan Alatabay, the Debtor's son in law and/or certain other insiders of the Debtor and/or the Company (collectively, the "Claims"). The Trustee is informed that Michelle Wilson, the Debtor's daughter, is the sole shareholder of the Company and the Debtor was previously employed as a consultant for the Company. Moreover, the Trustee is informed that prior to the Petition Date, the Debtor transferred shares of stock in the Company to Michelle Wilson. After speaking to Special Counsel, the Trustee believes a recovery on the Claims may be possible.

Based on the foregoing, the Trustee seeks to employ Special Counsel on a contingency fee basis, plus costs for litigation matters related to the Claims. The Trustee believes that employment of Special Counsel will be in the best interest of the Estate.

# II.     <u>PROPOSED EMPLOYMENT AND QUALIFICATIONS OF SPECIAL COUNSEL</u>

## A.     <u>Services to be Performed</u>

The Trustee seeks to employ Special Counsel to assist in this case with matters related to the investigation and prosecution of the Claims and to provide the following types of services:

- Prosecute the Claims, including trial if necessary.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

6668-000 Employ App Special Counsel TC Wilson

- If necessary, analysis of any potential settlement of the Claims and conduct possible settlement negotiations. If a settlement is reached, assist the Trustee in documenting and finalizing the settlement.

- If a judgment is obtained in favor of the Estate, opposing any motion for new trial by any opposing party.

- Perform any and all other legal services incident and necessary to preserve and recovery assets for the benefit of the Estate and its creditors related to the Claims.

**B.**    **Special Counsel's Services Will Not Duplicate Services Rendered By Any Other Professionals in the Case**

Pursuant to Court Order entered April 3, 2023 (docket number 37), the Trustee was authorized to employ Shulman Bastian Friedman & Bui LLP as his general counsel. The services to be rendered by Special Counsel will not duplicate the services rendered by any other professionals employed in this bankruptcy case.

**C.**    **Qualifications of Special Counsel**

Special Counsel is well qualified to render the services required by the Trustee related to the Claims. Special Counsel is comprised of attorneys who are experienced in bankruptcy and business litigation, having handled all types of business lawsuits, including cases involving breach of contract, debt collection matters, breach of fiduciary duty, fraud and misrepresentation, claims involving corporate dissolution, disputes between partners, shareholders and members and disputes involving the purchase or sale of a business or real property. Special Counsel also has extensive experience in the pursuit of avoidance claims arising under any of §§ 542, 543, 544, 545, 546, 547, 548, 549 and 550 of the Bankruptcy Code, and any actions based on applicable non-bankruptcy law that may be incorporated or brought under the foregoing sections of the Bankruptcy Code, and has been extremely successful in such matters.

Further, Special Counsel represents Thomas I. McKnew, IV and Lisa A. McKnew, individually and as Trustees of the McKnew Family Trust Dated May 21, 2004 (the "McKnews"), who are creditors in the Debtor's bankruptcy proceeding. Prior to the Petition Date, and in a prior bankruptcy proceeding filed by the Debtor, the McKnews obtained a non-dischargeable judgment

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

6668-000 Employ App Special Counsel TC Wilson

1   against the Debtor in the amount of $3,207,908.88.  Having represented the McKnews, Special

2   Counsel is intimately familiar with the Debtor's financial affairs and as such, is already familiar

3   with the factual and legal issues that are the subject of the Claims.

4   All attorneys comprising or associated with Special Counsel who will appear in this case are

5   duly admitted to practice law in the courts of the State of California and in the United States District

6   Court for the Central District of California and are well able and qualified to perform the legal

7   services required in this case.  A biography of each professional of Special Counsel is attached as

8   **Exhibit 1** to the Declaration of Michael Wallin ("Wallin Declaration") and incorporated here by

9   this reference.

10  Special Counsel and each of the members, associates, and paralegals who will work on this

11  case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the

12  Local Bankruptcy Rules as they may impact the prosecution of the Claims.

13  ### III.   SPECIAL COUNSEL IS "DISINTERESTED"

14  Other than Special Counsel representing the McKnews, to the best of Special Counsel's

15  knowledge after full investigation, neither Special Counsel, nor any of the attorneys comprising or

16  employed by it, has a business, professional, or other connection with the Debtor, Debtor's creditors,

17  any other party in interest, their respective attorneys and accountants, the United States trustee, or

18  any person employed in the Office of the United States Trustee.  To the best of Special Counsel's

19  knowledge after full investigation, none of the attorneys comprising or employed by Special

20  Counsel are related to any judge of the United States Bankruptcy Court for the Central District of

21  California, to the United States Trustee, or any employee of the United States Trustee.

22  Special Counsel is a "disinterested person" within the meaning of Bankruptcy Code § 101(14)

23  and represents no interest which would be adverse to the Debtor, the Estate, creditors, or any party

24  in interest in this proceeding.  As of the Petition Date, Special Counsel was not a creditor of the

25  Estate.

26  ### IV.   COMPENSATION FOR SPECIAL COUNSEL

27  Special Counsel has not received a retainer and it will not receive a lien or interest in property

28  of the Debtor or third parties with respect to the proposed representation of the Trustee.  There is no

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

6668-000 Employ App Special Counsel TC Wilson

oral or written employment agreement with the Trustee except that the only source of payment will be from property of the Estate as authorized by the Court pursuant to the terms of this Application. Special Counsel will be employed pursuant to Bankruptcy Code Section 328 on a contingency fee basis of the gross recovery as follows:

- Contingency fee equal to 40% of any gross Recovery obtained.

- An appeal of a judgment on the Claims is not included in the foregoing contingency fee arrangement.  In the event the Trustee determines that Special Counsel will handle any appeal of the judgment on the Claims, a separate employment application will be filed.

- <u>Costs and expenses as affecting contingency fee</u>:  Any costs and expenses paid in connection with the Claims which remain outstanding at the time of settlement, judgment or compromise shall be paid from the total gross Recovery, after the contingency fee is calculated (the "Net Recovery." (For example, if the claim is settled for $1,000.00, and the outstanding balance for costs and expenses is $100.00, then the Net Recovery is $900.00, but the contingency fee shall be based on the gross Recovery.)  The Estate's share of the Recovery shall be the balance remaining after reimbursement of such costs and expenses and payment of the contingency fee.

- <u>Form of Recovery as affecting contingency fee</u>:  If the Recovery consists of payments to be made over a period of time, or other property not entirely cash or cash-equivalent, the contingency fee shall be paid from funds as and when received by the Trustee, including payments over time. For example, if a settlement involves payment of $100,000.00 over a period of 10 months, Special Counsel shall be paid its contingency fee of 40% from each monthly payment of $10,000.00 (which would be $3,500.00) as and when received.

- <u>Meaning of "Recovery"</u>:   The Trustee agrees that Special Counsel should be compensated for its services that result in a benefit to Estate.  "Recovery" includes, but is not limited to, any amounts paid to the Estate or on the Estate's behalf whether a result of an arbitration award, judgment, settlement or otherwise, in the matters that Special Counsel represents the Trustee and the Estate.  "Recovery" also includes, but is not limited to, the ultimate result of a matter (i.e. judgment or settlement) such as payments made during the course of litigation that were refused prior to or after so long as the payments or other benefits are the result of Special Counsel's services.

SHULMAN  BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1    In the event there is no affirmative Recovery for the Estate, Special Counsel has agreed that a

2    reduction of a defendant's claim against the Estate, if any, is excluded from the meaning of

3    Recovery.

4        Special Counsel has not shared or agreed to share any compensation to be received by it in

5    this case with any other person, except as among the partners of Special Counsel.

6        Notwithstanding the contingency fee agreement, Special Counsel understands and has

7    agreed that compensation for its services shall be such sums as may be allowed by the Court in

8    accordance with law, the contingency agreement, the time spent and services rendered, the results

9    achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

10   Special Counsel understands the provisions of sections 327, 328, and 331 of the Bankruptcy Code,

11   which require, among other things, Court approval of employment and Court authorization of all

12   fees and costs that Special Counsel may seek for its services.  Special Counsel understands and

13   agrees that the proposed compensation arrangement will be subject to the provisions of Bankruptcy

14   Code Section 328, which authorizes this Court to allow compensation different from that provided

15   here if those fee arrangements appear, in retrospect, to have been improvident in light of

16   developments unanticipated at the outset of the case.

17       In addition, and as set forth in the Wallin Declaration, Special Counsel affirmatively

18   acknowledges and agrees that:

19   •    Any settlement of the Claims and the payment of any attorneys' fees and costs to

20        Special Counsel for its services on behalf of the Estate are subject to approval by the

21        Bankruptcy Court.  The Estate does not grant an attorney lien over the proceeds,

22        rather payment of fees and costs to Special Counsel shall be subject to further

23        Bankruptcy Court order.

24   •    Should Special Counsel determine that it is necessary to associate other counsel,

25        Special Counsel must notify the Trustee and any further association must be

26        approved by the Bankruptcy Court and the party must not have any adverse interests

27        to the Estate.

28

SHULMAN  BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

- Should any dispute arise with respect to Special Counsel's employment in this case, the dispute shall be decided by the U.S. Bankruptcy Court for the Central District of California, Santa Ana Division

- Special Counsel will not assert or submit evidence of the Trustee's position on any matter affecting the substantive rights of the Estate without the express authorization of the Trustee, except as emergency circumstances may require, in which case Special Counsel will attempt to contact the Trustee. However, Special Counsel will assert positions on procedural matters.

- Special Counsel will provide the Trustee with regular reports on the status of the Claims (approximately every sixty days).

There is no agreement for the Trustee's employment of Special Counsel other than this Application which provides the terms of employment. To the best of the Trustee's knowledge, based upon the attached Wallin Declaration, Special Counsel does not hold or represent any interest adverse to the Debtor or to the Estate with respect to the matter on which Special Counsel is to be employed.  As Special Counsel is familiar with the law and facts in relation to the Claims, the Trustee believes that the employment of Special Counsel is in the best interest of the Estate.

///

///

///

SHULMAN  BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

6668-000 Employ App Special Counsel TC Wilson

1      **WHEREFORE**, the Trustee requests that the Court enter an order as follows:

2      1.      Pursuant to Bankruptcy Code Sections 327 and 328 and Federal Rule of Bankruptcy

3  Procedure 2014(a) and Local Bankruptcy Rule 2014-(b)(1), the Trustee be authorized to employ

4  Special Counsel in this case to pursue the Claims on the terms and conditions as set forth above.

5      2.      The employment of Special Counsel is expressly approved pursuant to section 328(a)

6  of the Bankruptcy Code in light of the wide range of anticipated outcomes.

7      3.      The Court finds that Special Counsel is a "disinterested person" as defined by

8  Bankruptcy Code Section 101(14), and that Special Counsel holds no interest adverse to the Debtor

9  or the Estate.

10     4.      For such other and further relief as is just and proper under the circumstances of this

11  case.

12  Dated:  September 19 , 2023

13
Richard A. Marshack
Chapter 7 Trustee for the bankruptcy estate of *In re*
*David Allen Wilson aka David Alan Wilson dba*
14  *David Wilson Consultant*, Case No. 8:23-bk-10094-SC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN  BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8

6668-000 Employ App Special Counsel TC Wilson

## DECLARATION OF MICHAEL WALLIN

I, Michael Wallin, declare and state as follows:

1.      The matters stated here are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am an attorney licensed in the state of California and the managing partner of Wallin & Russell LLP ("Special Counsel") with offices located at 26000 Towne Centre Drive, Suite 130, Foothill Ranch, California 92610; telephone number (949) 652-2200 and I am authorized to and make this declaration on its behalf.  I am admitted to practice before this Court.

2.      I make this Declaration in support of the Chapter 7 Trustee's Application to Employ Wallin & Russell LLP as Special Litigation Counsel ("Application") filed by Richard A. Marshack ("Trustee"), the Chapter 7 trustee for the bankruptcy estate ("Estate") of *In re David Allen Wilson aka David Alan Wilson dba David Wilson Consultant*, Case No. 8:23-bk-10094-SC.   Unless otherwise noted, capitalized terms in my declaration have the meaning set forth in the Application.

3.      Attached here as **Exhibit 1** and incorporated here by reference is a brief biography of each of the professionals employed by Special Counsel.

4.      Special Counsel is well qualified to render the services required by the Trustee related to the Claims. Special Counsel is comprised of attorneys who are experienced in bankruptcy and business litigation, having handled all types of business lawsuits, including cases involving breach of contract, debt collection matters, breach of fiduciary duty, fraud and misrepresentation, claims involving corporate dissolution, disputes between partners, shareholders and members and disputes involving the purchase or sale of a business or real property. Special Counsel also has extensive experience in the pursuit of avoidance claims arising under any of §§ 542, 543, 544, 545, 546, 547, 548, 549 and 550 of the Bankruptcy Code, and any actions based on applicable non-bankruptcy law that may be incorporated or brought under the foregoing sections of the Bankruptcy Code, and has been extremely successful in such matters.   A biography of Special Counsel's attorneys who will be responsible for the case is attached here as **Exhibit 1** and incorporated here by this reference.

SHULMAN  BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5.      Furthermore, Special Counsel represents Thomas I. McKnew, IV and Lisa A. McKnew, individually and as Trustees of the McKnew Family Trust Dated May 21, 2004 (the "McKnews") who are creditors in the Debtor's bankruptcy proceeding.  Prior to the Petition Date, and in a prior bankruptcy proceeding filed by the Debtor, the McKnews obtained a non-dischargeable judgment against the Debtor in the amount of $3,207,908.88.  Having represented the McKnews, Special Counsel is intimately familiar with the Debtor's financial affairs and as such, is already familiar with the factual and legal issues that are the subject of the Claims.

6.      Special Counsel and each of the members, associates, and paralegals who will work on this case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules as they may impact the prosecution of the Claims.

7.      Special Counsel affirmatively acknowledges and agrees that:

- Any settlement of the Claims and the payment of any attorneys' fees and costs to the Special Counsel for its services on behalf of the Estate are subject to approval by the Bankruptcy Court.  The Estate does not grant an attorney lien over the proceeds, rather payment of fees and costs to Special Counsel shall be subject to further Bankruptcy Court order.

- Should Special Counsel determine that it is necessary to associate other counsel, Special Counsel must notify the Trustee and any further association must be approved by the Bankruptcy Court and the party must not have any adverse interests to the Estate.

- Should any dispute arise with respect to Special Counsel's employment in this case, the dispute shall be decided by the U.S. Bankruptcy Court for the Central District of California, Santa Ana Division.

- Special Counsel will not assert or submit evidence of the Trustee's position on any matter affecting the substantive rights of the Estate without the express authorization of the Trustee, except as emergency circumstances may require, in which case Special Counsel will attempt to contact the Trustee. However, Special Counsel will assert positions on procedural matters.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6668-000 Employ App Special Counsel TC Wilson

1      •     Special Counsel will provide the Trustee with regular reports on the status of the

2            Claims (approximately every sixty days).

3      8.     All attorneys comprising or associated with Special Counsel who will appear in

4 matters related to the Claims are duly admitted to practice law in the courts of the State of California

5 and in the United States District Court for the Central District of California and are well able and

6 qualified to perform the legal services required in this case.

7      9.     To the best of my knowledge after full investigation, other than Special Counsel

8 representing the McKnews, Special Counsel has no business, professional, or other connection with

9 the Debtor, creditors of the Estate, any other party in interest, their respective attorneys and

10 accountants, the United States trustee, or any person employed in the Office of the United States

11 Trustee.

12      10.     To the best of my knowledge after full investigation, none of the attorneys

13 comprising or employed by Special Counsel are related to any judge of the United States Bankruptcy

14 Court for the Central District of California, the United States Trustee, or any person currently

15 employed in the Office of the United States Trustee.

16      11.     After a full investigation and therefore to the best of my knowledge, Special Counsel

17 is both disinterested as that term is defined in Bankruptcy Code Section 101(14) and represents no

18 interest which would be adverse to the Debtor, this Estate or its creditors or any party in interest in

19 this proceeding for the matters on which Special Counsel is being employed.

20      12.     Special Counsel has no pre-petition claim against the Estate.

21      13.     Special Counsel has agreed to be employed and compensated subject to the

22 provisions of Bankruptcy Code Section 328 on a contingency fee basis, plus costs as described in

23 the Application.

24      14.     Special Counsel has received no retainer for the services to be performed in this case

25 and will not receive a lien or interest in property of the Debtor or third parties with respect to the

26 proposed representation of the Trustee.  There is no oral or written employment agreement with the

27 Trustee except that the only source of payment will be from the property of the Estate related to the

28

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

11

6668-000 Employ App Special Counsel TC Wilson

Claim pursuant to the terms of the Application and that Special Counsel's employment and compensation will be pursuant to the provisions of Bankruptcy Code Section 328.

15.     Special Counsel understands the provisions of Bankruptcy Code Sections 327, 328 and 331 which require, among other things, Court approval of the Trustee's employment of Special Counsel and Court approval of all legal fees and reimbursement of expenses that Special Counsel will receive in accordance with the law.

16.     Special Counsel understands and agrees that the proposed compensation arrangement will be subject to the provisions of Bankruptcy Code Section 328, which authorizes this Court to allow compensation different from that provided in the Application if those fee arrangements appear, in retrospect, to have been improvident in light of developments unanticipated at the outset of the case.

17.     Special Counsel has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among the partners of Special Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2023, at Foothill Ranch, California.

Michael Wallin

6668-000 Employ App Special Counsel TC Wilson

# Exhibit 1

# Bios

## **Michael Wallin**

Michael Wallin represents businesses with debtor/creditor issues. On the creditor side, Mike collects money owed to his clients, sues customers and borrowers who fail to repay debts, obtains possession of collateral, forecloses on real estate, and aggressively enforces judgments using both conventional and complex collection tools. Mike also represents creditors in bankruptcy matters of all types.

On the debtor side, Mike represents businesses in financial distress. He negotiates resolutions with lenders and other creditors, defends against collection and commercial foreclosure actions, and uses the bankruptcy process to protect clients' assets and restructure their debts. Mike has substantial experience in all areas of bankruptcy law and regularly represents companies in Chapter 11 bankruptcy cases, in which he reduces or eliminates his clients' financial obligations.

Mike is also a business litigator. He represents businesses in resolving disputes, both in and out of court. He also serves as outside general counsel to several small businesses, in which he provides general representation and advice to businesses without an in-house attorney.

Mike formerly worked for seven years at Sheppard Mullin Richter & Hampton LLP, an international law firm, and for an additional four years at Slater Hersey & Lieberman LLP, a leading Orange County business law boutique firm. He is the former Program Chair of the Commercial Law & Bankruptcy Section of the Orange County Bar Association. He received his undergraduate degree from UC San Diego (summa cum laude) and attended UCLA Law School.

### Education

J.D. UCLA School of Law, 2005

B.A. University of California San Diego, 2002, summa cum laude

# **EXHIBIT "1"**

## John Russell

John Russell is an advisor to clients ranging from family-owned businesses to multi-national institutions in a number of diverse industries. His principal areas of practice are general corporate law, corporate finance, mergers and acquisition transactions, commercial transactions and general business counseling.

John has a particular specialty in the structuring, negotiation, and documentation of financial transactions, workouts, and restructurings. John has substantial experience representing agents, lenders, equity sponsors and borrowers in complex debt financing transactions, including cash-flow based, asset-based and real property-secured loan transactions. His experience includes both unsecured and secured (including real property-secured) syndicated and bilateral loan transactions with borrowers in a wide variety of industries.

John formerly worked for eight years in the finance and bankruptcy practice group at Sheppard Mullin Richter & Hampton LLP, an international law firm. He received his undergraduate degree from The Ohio State University and attended Loyola Law School (cum laude).

### Education

J.D. Loyola Law School, cum laude, 2009

B.A. The Ohio State University, 2005

**EXHIBIT "1"**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY WALLIN & RUSSELL LLP AS SPECIAL LITIGATION COUNSEL; DECLARATION OF MICHAEL WALLIN IN SUPPORT [with Notice of Opportunity to Request a Hearing]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 25, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 25, 2023 | Erlanna Lohayza | */s/ Erlanna Lohayza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- **Attorney for Beata E. Wilson**: Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Attorney for Debtor**: Bert Briones    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com; RedHillLawGroup@jubileebk.net
- **Interested Party**: David I Brownstein    david@brownsteinfirm.com
- **Interested Party**: Chad L Butler    caecf@tblaw.com
- **Interested Party**: James Andrew Hinds    jhinds@hindslawgroup.com; mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Attorney for Trustee**: Melissa Davis Lowe    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Chapter 7 Trustee**: Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **Interested Party**: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **Interested Party**: Michael A Wallin    mwallin@wallinrussell.com

## U.S. MAIL SERVICE LIST

**DEBTOR**
DAVID ALLEN WILSON
24352 SANTA CLARA AVE
DANA POINT, CA 92629-3016

**NEF - ATTORNEY FOR DEBTOR**
BERT BRIONES
RED HILL LAW GROUP
15615 ALTON PARKWAY
SUITE 210
IRVINE, CA 92618-7351

**NEF - CHAPTER 7 TRUSTEE**
RICHARD A MARSHACK
ATTN MARSHACK HAYS LLP
870 ROOSEVELT
IRVINE CA 92620-3663

**NEF - INTERESTED PARTY**
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4500

**NEF - INTERESTED PARTY**
THE HINDS LAW GROUP APC
2390 CRENSHAW BLVD STE 240
TORRANCE, CA  90501-3300

**CREDITOR LISTING**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR LISTING**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR LISTING**
VICINO LIMITED PARTNERSHIP
C/O LAW OFFICE OF DAVID BROWNSTEIN
PO BOX 16474
IRVINE, CA 92623-6474

**CREDITOR LISTING**
AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE, FL 33329-7871

**CREDITOR LISTING**
AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA  19355-0701

**CREDITOR LISTING**
AMERICAN GENERAL CORPORATION
34941 CALLE DEL SOL
CAPISTRANO BEACH, CA 92624-1651

**CREDITOR LISTING**
BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899-8803

**CREDITOR LISTING**
BEATA  E WILSON
34921 CALLE DEL SOL
CAPO BEACH, CA 92624-1649

**CREDITOR LISTING**
CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

**CREDITOR LISTING**
CAPITAL ONE NA BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE, NC  28272-1083

**PREFERRED ADDRESS**
JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

**CREDITOR LISTING**
EDD
371 W 3RD ST
SAN BERNARDINO, CA 92401-1801

**CREDITOR LISTING**
JING WANG ESQ.
1800 E LAMBERT RD STE 215
BREA, CA 92821-4370

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR LISTING**
FRANCHISE TAX BOARD
BANKRUPTCY, PIT MS A-340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR LISTING**
GIREI SHUZAWA
C/O KINGSWOOD LAW, PC
1800 E LAMBERT RD STE 215
BREA, CA 92821-4370

**CREDITOR LISTING**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR LISTING**
LEU OKUDA & DOI
222 MERCHANT ST
HONOLULU, HI 96813-2922

**CREDITOR LISTING**
MACYS/CITIBANK, N.A.
PO BOX 8218
MASON, OH 45040-8218

**CREDITOR LISTING**
MC KNEW FAMILY TRUST
MC KNEW THOMAS I IV TR
1765 VISTAZO ST W
BEL TIBURON, CA 94920-1822

**CREDITOR LISTING**
QING WANG
DAMON KEY LEONG KUPCHAK
HASTERT
1003 BISHOP ST STE 1600
HONOLULU, HI 96813-6452

**CREDITOR LISTING**
RICHARD LARA
4804 HAMPTON RD
LA CANADA FLT, CA 91011-2610

**CREDITOR LISTING**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
700 W CIVIC CENTER DR
SANTA ANA, CA 92701-4045

**CREDITOR LISTING**
VICINO LIMITED PARTNERSHIP
15350 SHERMAN WAY STE 210
VAN NUYS, CA 91406-7400

**CREDITOR LISTING**
VOLVO AUTO LEASING CO.
PO BOX 91300
MOBILE, AL 36691-1300

**CREDITOR LISTING**
ZHIHUI GAO
C/O DAMON KEY LEONG KUPCHAK
HASTERT
1003 BISHOP ST STE 1600
HONOLULU, HI 96813-6452

**CREDITOR LISTING**
ZHIYU LIAO
C/O KINGSWOOD LAW, PC
1800 E LAMBERT RD STE 215
BREA, CA 92821-4370

**CREDITOR LISTING**
BEATA E WILSON
24352 SANTA CLARA AVENUE
DANA POINT, CA 92629-3016

**CREDITOR LISTING**
THOMAS I. MCKNEW, IV/LISA A.
MCKNEW
C/O WALLIN & RUSSELL LLP
26000 TOWNE CENTRE DRIVE
SUITE 130
FOOTHILL RANCH, CA 92610-3444

**N/A**
COURTESY NEF

**RETURNED MAIL**

**N/A**
SANTA ANA DIVISION
411 WEST FOURTH STREET,
SUITE 2030,
SANTA ANA, CA 92701-4500

**RETURNED 4/17/23; INSUFFICIENT
ADDRESS; UNABLE TO FORWARD
CREDITOR LISTING**
BRIDGE CAPITAL
6P7F+946, MICRO BEACH RD,
SAIPAN SAIPAN96950

**DUPLICATE
CREDITOR LISTING**
MICHAEL WALLIN
26000 TOWNE CENTRE DR STE 130
FOOTHILL RNCH, CA 92610-3444

**PREFERRED DUPLICATE
CREDITOR LISTING**
JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE
TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                 **F 9013-3.1.PROOF.SERVICE**